UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| AMERICAN BOOK COMPANY, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | No.: 3:09-CV-112 |
| | ) | (VARLAN/GUYTON) |
| CONSOLIDATED GROUP OF COMPANIES, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CHRIS HINN, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by United States Magistrate Judge H. Bruce Guyton on March 9, 2011 [Doc. 98]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. The Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 98] and hereby **GRANTS** plaintiff's Renewed Motion for Sanctions for Defendants' Continued Refusal to

Submit to Deposition Discovery in Contempt of the February 7, 2011 Memorandum and Order [Doc. 95], **ORDERS** that the defendants' counterclaims are dismissed and that the defendants are precluded from asserting any of their affirmative defenses in this matter, and **AWARDS** plaintiff $1,634.50 in monetary sanctions.

    IT IS SO ORDERED.

    s/ Thomas A. Varlan
    UNITED STATES DISTRICT JUDGE