UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| AMERICAN BOOK COMPANY, | ) | |
| Plaintiff/Counter-Defendant, | ) ) ) | |
| v. | ) ) | No.: 3:09-CV-112 (VARLAN/GUYTON) |
| CONSOLIDATED GROUP OF COMPANIES, INC., | ) ) ) ) | |
| Defendant/Counter-Plaintiff, | ) ) | |
| and | ) ) | |
| CHRIS HINN, | ) ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

In accordance with Rules 37 and Rule 55(b)(2) of the Federal Rules of Civil Procedure, a Default Judgment is entered in favor of American Book Company against defendants Consolidated Group of Companies, Inc. and Chris Hinn. It is hereby **ORDERED, ADJUDGED and DECREED** that judgment is awarded in plaintiff's favor against defendants as follows:

1) defendants are to pay plaintiff $1,078,747.55 in compensatory damages;

2) defendants are to pay plaintiff $463,325.30 in prejudgment interest;

3) defendants are to pay plaintiff $83,764.64 in reasonable attorney fees; and

4) defendants are to pay plaintiff the $11,803.64 in sanctions previously awarded by the Court.

The Clerk is **DIRECTED** to send defendants a copy of this default judgment by standard first class U.S. mail to their last known addresses. The Clerk is also **DIRECTED** to close this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE